UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Booker T Ray  
    Keviyona T Ray  
        Debtor(s)

Case No. 13 B 40108

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2013.

2) The plan was confirmed on 03/19/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/14/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/09/2014, 06/30/2015, 10/20/2015.

5) The case was Dismissed on 05/18/2016.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $38,300.00 |
| Less amount refunded to debtor | $24.68 |
| **NET RECEIPTS:** | **$38,275.32** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,823.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,510.86 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,333.86** |

Attorney fees paid and disclosed by debtor:     $1,177.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A All Payday Loan | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Ma (Original Credito | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Ace Cash Express | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 1,205.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 145.00 | 142.62 | 142.62 | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 0.00 | 3,001.22 | 3,001.22 | 9.26 | 0.00 |
| Asset Acceptance | Unsecured | 1,048.00 | 1,048.78 | 1,048.78 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 146.00 | 901.14 | 901.14 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 0.00 | 1,870.62 | 1,870.62 | 5.77 | 0.00 |
| Brother Loan & Finance | Unsecured | 1,394.00 | 2,864.07 | 2,864.07 | 8.83 | 0.00 |
| Capital One Auto Finance | Secured | 26,400.00 | 0.00 | 27,569.12 | 27,569.12 | 1,744.69 |
| Cash America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Cash Store | Unsecured | 60,436.00 | NA | NA | 0.00 | 0.00 |
| Cash Store | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CashNet USA | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CashNet USA | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CCI | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| Ccrservices (Original Creditor:04 City O | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Central Finl Control (Original Creditor: | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Check 'N Go | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 329.00 | 1,034.98 | 1,034.98 | 0.00 | 0.00 |
| Credit Management Lp (Original Creditor: | Unsecured | 961.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Asso (Original Credito | Unsecured | 1,031.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 0.00 | 54,289.01 | 54,289.01 | 167.47 | 0.00 |
| Department Of Education | Unsecured | 0.00 | 16,318.30 | 16,318.30 | 50.34 | 0.00 |
| Enhanced Recovery Co L (Original Credit | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| First Cash Advance | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| First Cash Financial Services Inc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Green Trust Cash LLC | Unsecured | 500.00 | 794.50 | 794.50 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Bell Telephone Company | Unsecured | 0.00 | 792.09 | 792.09 | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 0.00 | 14,678.10 | 14,678.10 | 45.28 | 0.00 |
| Internal Revenue Service | Priority | 2,000.00 | 4,103.00 | 4,103.00 | 4,103.00 | 0.00 |
| Isac | Unsecured | 48,665.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 351.53 | 351.53 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 4,294.00 | 4,037.36 | 4,037.36 | 0.00 | 0.00 |
| Kahuna Payment Solutions | Unsecured | 1,987.00 | 1,986.82 | 1,986.82 | 6.13 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| Nastional Quick Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 12,545.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loan Store Of Illinois | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | 100.00 | 1,527.54 | 1,527.54 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 232.47 | 232.47 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | 87.36 | 87.36 | 0.00 | 0.00 |
| Second Round Lp (Original Creditor:The ( | Unsecured | 1,550.00 | NA | NA | 0.00 | 0.00 |
| Second Round Lp (Original Creditor:The ( | Unsecured | 1,411.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 2,371.00 | 765.61 | 765.61 | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 0.00 | 4,040.26 | 4,040.26 | 12.46 | 0.00 |
| Sun Cash | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| U S A Funds (Original Creditor:Chase - J | Unsecured | 71,389.00 | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 69,039.00 | 71,029.71 | 71,029.71 | 219.11 | 0.00 |
| USA Payday Loan | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $31,606.48 | $27,569.12 | $1,744.69 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,606.48** | **$27,569.12** | **$1,744.69** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,103.00 | $4,103.00 | $0.00 |
| **TOTAL PRIORITY**: | **$4,103.00** | **$4,103.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$177,756.73** | **$524.65** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,333.86 |
| Disbursements to Creditors | $33,941.46 |
| **TOTAL DISBURSEMENTS** : | **$38,275.32** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/27/2016                    By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**